918

No. 754. ARMSTRONG v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Charles M. Trammell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 759. MCMULLANS ET AL. v. KANSAS, OKLAHOMA & GULF RAILWAY CO., INC., ET AL. C. A. 10th Cir. Certiorari denied. *C. A. Summers* for petitioners. *R. M. Mountcastle* for the Kansas, Oklahoma & Gulf Railway Co., Inc., and *Harold R. Shoemake* and *Harold C. Heiss* for Local No. 488, Brotherhood of Locomotive Firemen & Enginemen, et al., respondents.

No. 764. REGINELLI v. UNITED STATES. Supreme Court of New Jersey. Certiorari denied. *Jack Wasserman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 766. MILWAUKEE ELECTRIC TOOL CORP. v. JOHANN. Supreme Court of Wisconsin. Certiorari denied. *Suel O. Arnold* and *Robert Sheriffs Moss* for petitioner. *Edward S. Grodin* for respondent.

No. 778. POTISHMAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Dan Moody, John Minor Wisdom* and *Saul Stone* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.